

THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

ENTERED
08/26/2016

| | | |
|---|---|---|
| In re: § | | |
| § | | |
| BIG DOG LOGISTICS LLP, § | Case No. 16-32677 | |
| § | | |
| DEBTOR. § | (Chapter 7) | |
| § | | |

ORDER GRANTING TRUSTEE'S EMERGENCY MOTION FOR AUTHORITY TO SELL ASSETS FREE AND CLEAR OF ALL LIENS, CLAIMS, AND ENCUMBRANCES PURSUANT TO 11 U.S.C. § 363(F) (36)

At Houston, in said district, came on for approval the Trustee's Emergency Motion For Authority To Sell Assets Free And Clear Of All Liens, Claims, And Encumbrances Pursuant To 11 U.S.C. § 363(F) (the "Motion")[1], and the Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334; and it appearing to the Court that the Motion and the relief requested therein is a core proceeding pursuant to 28 U.S.C. § 157(b) and venue is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409; and it appearing to the Court that due and proper notice of the Motion has been provided and no other or further notice need be provided; and it further appearing to the Court after review of the Motion and due consideration of the Motion that emergency consideration is warranted; it is hereby

ORDERED, that the Trustee is authorized to the sell the Texans Assets at an auction conducted by Webster's Auction Palace; and it is further

ORDERED, that the Texans Assets will be sold free and clear of all liens, claims, and encumbrances; and it is further

---

[1] Capitalized terms not otherwise herein defined shall have the meanings ascribed to them in the Motion.

ORDERED, that any liens, including the BBVA Compass Lien, in the Texans Assets shall attach to the proceeds received by the estate; and it is further

ORDERED, that Webster's Auction Palace is authorized to conduct the auction at August 28, 2016; and it is further

ORDERED, that Rodney D. Tow, chapter 7 trustee, is hereby authorized to execute any and all documents and to take any and all actions necessary to consummate the auction of the Texans Assets.

Signed the 26th day of Aug., 2016

Jeff Bohm,
**United States Bankruptcy Judge**