

# THE UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

ENTERED
08/26/2016

| | | |
|---|---|---|
| **In re:** | § | |
| | § | |
| **BIG DOG LOGISTICS LLP,** | § | Case No. 16-32677 |
| | § | |
| DEBTOR. | § | (Chapter 7) |
| | § | |

### ORDER GRANTING TRUSTEE'S EMERGENCY APPLICATION TO EMPLOY WEBSTER'S AUCTION PALACE AND FOR AUTHORITY TO PAY COMMISSION FEE

(37)

At Houston, in said district, came on for approval the Trustee's Emergency Application to Employ and Pay Webster's Auction Palace (the "Application"), and the Court having jurisdiction to consider the Application and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334; and it appearing to the Court that the Application and the relief requested therein is a core proceeding pursuant to 28 U.S.C. § 157(b) and venue is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409; and it appearing to the Court that due and proper notice of the Application has been provided and no other or further notice need be provided; and it further appearing to the Court after review of the Application and due consideration of the Application that emergency consideration is warranted; IT IS HEREBY

ORDERED, that Webster's Auction Palace's employment as auctioneer for the purpose of liquidating the chapter 7 estate's interest in the Texans Assets[1] is approved; and it is further

ORDERED, that the Trustee is authorized to execute any documentation necessary, if any, to effectuate the engagement of Webster's Auction Palace; and it is further

---

[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Application.

ORDERED, that Rodney D. Tow, Trustee, is hereby authorized to compensate Webster's Auction Palace ten percent (10%) of the sales price realized from the sale of the Texans Assets; and it is further

ORDERED, that Webster's Auction Palace is authorized to charge a ten percent (10%) buyer's premium for expenses incurred to secure estate assets and prepare the assets for public auction.

Signed the 26th day of Aug., 2016

Jeff Bohm,
**United States Bankruptcy Judge**